# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

*Stamp:* OCT 21 2021
Clerk, U.S. Courts
District of Montana
Missoula Division

Bruce . Leroy . Taylor
)
)
)
Plaintiff(s)
)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Butte County Jail - Great falls Jail
)
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Bruce - leroy - Taylor
All other names by which you have been known:
ID Number:
Current Institution: START
Address: 801 Highway 48
Anaconda, MT 59711

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Butte - silver bow county Jail
Job or Title (if known):
Shield Number:
Employer:
Address: 155 west Quartz
Butte, MT 59701
[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name: cascade county detention center
Job or Title (if known):
Shield Number:
Employer:
Address: 3800 Ulm st / Frontage Rd
Great falls, MT 59404
[ ] Individual capacity  [X] Official capacity

Page 2 of 11

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
    _____
    City       State       Zip Code
    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
    _____
    City       State       Zip Code
    ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    45-5-204   and   46-23-1023

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*N/A*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was reinstated my suspended sentence in 2019. I was then transported to Butte jail, while there I was held illegally for 36 days Approxmotly which under MT code is wrongful incarceration. I was Reinstated out of Great Falls MT District Court, Attorney Representing me at time Sam Harris Law Office.

C. What date and approximate time did the events giving rise to your claim(s) occur? ON 11-20-2019 I Got Reinstated A Suspended Sentence. Got transported to Butte Jail. 1-4-2020 to 2-19-2020 or in Between the Years of 2019 And present I was in minimum population IN Butte Jail in the Booking Area.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was Being held without having any type of hold on me or any New or pending charges. My Attorney At the Time sent emails saying I Needed to Be released to Sgt ~~Lacy williams~~ My Attorney was Sam Harris Law office 300 central Ave Great Falls MT #400 59401 406-727-9273

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had to go to the Butte hospital for a fractured hand due from the staff at the detention center. I was transported to the hospital By detention staff. I was released imediatly when I came Back From Hospital.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$1700.00 per day I was incarcerated plus $10,000.00 for medical expenses $250,000.00 for punitive damages

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

— Great Falls MT Cascade County Jail.
— Butte MT Silverbow County Jail.

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   The county Jail refused to give me any Grievences. "due to in there words" (This is NOT Grieveable) That verbateum

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   every single detention officer (SGT Lacy Williams) (Thatcher Jory) (SGT Sullivan) (SGT Gomez) All Butte Detention staff. Then Got Assulted And thrown in A cell By myself

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I was Transported from GreatFalls Jail when this happen to Butte Jail For No Reason. I was Assulted IN the Jail IN Butte. I had A Detention Hearing At that Jail IN Butte with SGT Gomez And (Jory thatcher) They Put me IN the hole For 80 day with A 40 day Review. Now All the dates to this Are out of there Computer system

   D-seg 80 days 40 day Review.

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) Just A Add on I would like to know why For Any Reason would those dates of me Being IN that Jail And to the Hospital Be took out of the system. The Butte Jail Needs to be Investigated.

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number _N/A_

4. Name of Judge assigned to your case _N/A_

5. Approximate date of filing lawsuit _N/A_

6. Is the case still pending?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? **I've never filed one ever. This one needs to be addressed though.**

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _N/A_

3. Docket or index number _N/A_

4. Name of Judge assigned to your case _N/A_

5. Approximate date of filing lawsuit _N/A_

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-15-2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Bruce Leroy Taylor
Prison Identification #: AO# 3008572
Prison Address: START Program 801 HWY 48
Anaconda, MT 59711

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address: